The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEG PAULSEN,<br><br>                    Plaintiff<br><br>     v.<br><br>7-ELEVEN INC,<br><br>                    Defendant. | NO. 2:24-cv-00823-JLR<br><br>STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Meg Paulsen and Defendant 7-Eleven Inc. have reached a settlement agreement. As a result, Plaintiff moves to dismiss this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure.

Stipulated Motion for Voluntary Dismissal of Defendants Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)- 1
2:24-cv-00823-JLR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

RESPECTFULLY SUBMITTED this 15th day of January 2025 at Seattle, Washington.

By:

WASHINGTON CIVIL & DISABILITY ADVOCATE

*/s/ Conrad Reynoldson*
Conrad Reynoldson, WSBA #48187
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 876-8515
conrad@wacda.com

**Attorney for Plaintiff**

FOSTER GARVEY PC

*/s/ Kelly Mennemeier*
Kelly Mennemeier, WSBA #51838
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 447-4694
kelly.mennemeier@foster.com

CALL & JENSEN

/s/ Michael Orr
Michael S. Orr, *Pro Hac Vice*
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
msorr@calljensen.com

**Attorneys for Defendant**

Stipulated Motion for Voluntary Dismissal of Defendants Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)- 2
2:24-cv-00823-JLR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172