The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEG PAULSEN,<br><br>        Plaintiff,<br><br>v.<br><br><br>7-ELEVEN INC,<br><br>        Defendant. | NO. 2:24-cv-00823-JLR<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS |

IT IS SO ORDERED that this action is hereby dismissed with prejudice in its entirety, with each party bearing its own attorneys' fees and costs.

DATED this 16th day of January, 2025.

_____
James L. Robart
United States District Judge

[Proposed] Order Granting Motion to Dismiss - 1
NO. 2:24-cv-00823-JLR

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172